DAVID B. BARLOW, United States Attorney (#13117)
MARK Y. HIRATA, Assistant United States Attorney (#5087)
JASON R. BURT, Assistant United States Attorney (#11200)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
185 South States Street, Suite 300, Salt Lake City, Utah  84111
Tel: (801) 524-5682 ⬥ Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>WAYNE LEARY,<br><br>            Defendant. | NOTICE OF APPEARANCE OF COUNSEL<br><br>Case No. 1:13CR00048 DS<br><br>Judge David Sam |

Notice is hereby given of the entry of appearance of Tyler L. Murray, Assistant United States Attorney, as **co-counsel** for the United States of America in the above-entitled action for the purposes of all forfeiture related matters.  Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

>Mark Y. Hirata (Lead Counsel)
>Assistant United States Attorney
>185 South State Street, #300
>Salt Lake City, Utah 84111
>
>Jason R. Burt (Lead Counsel)
>Assistant United States Attorney
>185 South State Street, #300
>Salt Lake City, Utah 84111

Page **1** of **2**

(*Leary*)

       Tyler L. Murray (Co-Counsel)
       Assistant United States Attorney
       185 South State Street, Suite 300
       Salt Lake City, Utah 84111

Dated this 8th day of August, 2013.

                          DAVID B. BARLOW
                          United States Attorney


                          /s/ Tyler L. Murray
                          Tyler L. Murray
                          Assistant U.S. Attorney