DAVID B. BARLOW, United States Attorney (No. 13117)
MARK Y. HIRATA, Assistant United States Attorney (No. 5087)
JASON R. BURT, Assistant United States Attorney (No. 11200)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:13-cr-00048 |
| Plaintiff, | : | |
| v. | : | WAIVER OF INDICTMENT |
| WAYNE L. LEARY, | : | Judge David Sam |
| Defendant. | : | |

I, Wayne L. Leary, the above-named defendant, who is accused of a violation of Title 15 United States Code Sections 77q(a) and 77x, Fraud in the Offer and Sale of Securities, being advised of the nature of the charge, the proposed Information, and of my rights, especially my right to require the United States to obtain an Indictment from the Grand Jury before proceeding against me, hereby waive in open court prosecution by Indictment and consent that the case may proceed by way of an Information.

Dated this 12th day of August, 2013.

_____
WAYNE L. LEARY
Defendant

_____
Kris Angelos
Counsel for Defendant


Submitted before me this 12th day of August, 2013.


_____
Hon. ~~David Sam~~ Paul M Warner
United States ~~District~~ Judge
Magistrate